# AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

I, KYLE OLEHNIK, being duly sworn, hereby depose and state as follows:

## I. INTRODUCTION

1. I make this affidavit in support of an application for a criminal complaint charging Justin Glauthier, year of birth (YOB) 1995, with violations of 18 U.S.C. § 2261A(2)[1] (Cyberstalking), 18 U.S.C. § 875(c)[2] (Interstate Threats to Injure), and 47 U.S.C. § 223(a)(1)(C) and (E)[3] (Interstate Obscene or Harassing Phone Calls) (hereinafter referred to collectively as the "Specified Federal Offenses"), and an arrest warrant.

2. As set forth herein, from approximately November 2022 and continuing into February 2025, Justin Glauthier (Glauthier), a resident of Anaheim, California has made hundreds

---

[1] Title 18, United States Code, section 2261A(2) provides that:
    Whoever – (2) with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, uses the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that—
        (A) places that person in reasonable fear of the death of or serious bodily injury to a person, a pet, a service animal, an emotional support animal, or a horse described in clause (i), (ii), (iii), or (iv) of paragraph (1)(A); or
        (B) causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person described in clause (i), (ii), or (iii) of paragraph (1)(A),
    shall be punished . . . .

[2] Title 18, United States Code, section 875(c) provides that:
    Whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, shall be [punished].

[3] Title 47, United States Code, section 223(a)(1)(C) and (E) provide that:
Whoever—
    (1)in interstate or foreign communications—
        (C) makes a telephone call or utilizes a telecommunications device, whether or not conversation or communication ensues, without disclosing his identity and with intent to abuse, threaten, or harass any specific person; . . .
        [or]
        (E) makes repeated telephone calls or repeatedly initiates communication with a telecommunications device, during which conversation or communication ensues, solely to harass any specific person;
    shall be [punished].

of sexually explicit phone calls, harassing, and threatening phone calls to multiple persons, including 3 persons, who live and work in Rhode Island (RI).

3. The facts set forth in the Affidavit are based on my personal observations, my training and experience, information obtained from other agents, law enforcement, victims, and records obtained during the course of the investigation. Because I submit this Affidavit for the limited purpose of showing probable cause, I have not included in this Affidavit each and every fact that I have learned in this investigation. Rather, I have set forth only facts sufficient to establish probable cause to issue an arrest warrant for the individual identified herein. Unless specifically stated otherwise, all conversations and statements described in this Affidavit are related in substance and in part only.

## II. AFFIANT BACKGROUND

4. I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7). As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. I have been employed with the FBI as a Special Agent since 2023. From November 2023 - present, I have been assigned to work International Terrorism cases for the Joint Terrorism Task Force (JTTF) under the FBI Boston Field Office, Providence Resident Agency (RA). I am currently assigned to investigations relating to, among other things, terrorist acts dangerous to human life, including intended to intimidate or coerce a civilian population, in violation of 18 USC §§ 2331(a) and (b).

5. I have experience reviewing records related to online communications, including Internet Protocol ("IP") address logs used by computers on the Internet. I have gained expertise in the conduct of such investigations through formal and on-the-job training. I have received training and experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, surveillance, and a variety of other investigative tools available to law enforcement officers. I have participated in investigations related to the act of intimidating or coercing a civilian population.

### III. SUMMARY OF INVESTIGATION

*Victim 1 Reports Phone Calls From Glauthier*

6. In August 2024, a RI resident who will be referred to as Victim 1 reported to the Lincoln, RI Police Department (PD) that she has been receiving harassing phone calls that were sexual in nature since approximately November 2022 from an individual who identified himself to Victim 1 as "David." As described herein, in the investigation, "David" has been identified as the defendant Justin Glauthier (Glauthier). Therefore, in this Affidavit, I will refer to the caller as "Glauthier" rather than "David," the name he used with Victim 1 and other identified Victims. [4]

7. When she was interviewed by the Lincoln PD in August 2024, Victim 1 stated that when Glauthier began calling her in approximately November 2022, he first asked her questions about her business. After Glauthier's repeated calls and questions about her business, Victim 1 asked Glauthier if he was wasting her time, and Glauthier told her that he just wanted to talk to her. Victim 1 said that she did not always pick up calls from him, and that he will often call her back from a private number. Victim 1 also said she would speak to him periodically to try to appease him, because she hoped that by talking to him, he would stop calling her. Victim 1 also said that there was a brief period of months since the calls began when Glauthier did not contact her after which she began receiving calls from Glauthier again. Victim 1 said that if she blocked a number that Glauthier used, he would call her from a different number.

8. Victim 1 said that in July 2024, she yelled at Glauthier for harassing her for two years. She said that in response, Glauthier told her that he first called her in November 2022, not July 2022. In July 2024, Victim 1 told Glauthier that she would call the police, and

---

[4] I note that during the August 2024 interview, when asked if there were any suspicious persons who had approached her at her work, Victim 1 identified a former colleague by name who had sent inappropriate messages to her and to other persons at her former workplaces approximately 10 years ago. Victim 1 said that this former colleague had contacted Victim 1 via LinkedIn over the last few months. Lincoln PD attempted to identify the former colleague, but a search of his name returned numerous individuals with the same name. When Victim 1 was able to locate a phone number for the former colleague, which she provided to the Lincoln PD, she did not want the Lincoln PD to contact the former colleague. Victim 1 was unable to confirm that the former colleague was Glauthier. However, as explained herein, based on the investigation conducted by Lincoln PD and the FBI since the August 2024 report by Victim 1, I do not believe that the former colleague identified by Victim 1 is involved in the calls described herein. Rather, I believe that Glauthier is making the calls and statements to Victim 1.

3

Glauthier said that the police will not be able to find him and "if they do, he will deal with it when the time comes."

9. Victim 1 has reported that that from Summer 2024 and continuing through December 2024, Glauthier's calls to Victim 1 have included what appeared to her to be increasing sexually content and conduct. For example, Victim 1 said that during the calls, Glauthier sounded as if he was masturbating and demanded that Victim 1 stay on the phone for extended periods of time while he masturbated. Victim 1 said that Glauthier told her that if she does not stay on the phone, he will come to see her when she is working. Victim 1 also explained that Glauthier told her that he is in love with her; that he "plans on having sex" with her; and that he can't stop fantasizing about having sex with Victim 1. Glauthier also told Victim 1 that he is obsessed with her; that he has pictures of her; and that the phone calls are not enough anymore. Glauthier also said that he knew Victim 1's address and that he will appear at one of her workplaces. Glauthier also told Victim 1 that she "won't like what happens next" if they ever met in person. Victim 1 reported that that she has repeatedly asked Glauthier to stop calling her.

10. On September 9, 2024, Victim 1 emailed the Lincoln PD a recording of a call with Glauthier that occurred on September 9, 2024. In that call, Glauthier told Victim 1 that he wanted her to stay on the call while he masturbated and promised that he would not call again if Victim 1 would let him masturbate on the call with her. During the call, Glauthier told Victim 1 that he cared about her and thought she was attractive.

11. On August 28, 2024, Victim 1 also told Lincoln PD that when she told Glauthier that she had reported his calls to the police, Glauthier responded that he did not care because the police can't catch him, that he continued calling her, and that he told her that he need her to "help him" (which Victim 1 considers to be his requests to listen while Glauthier masturbates.)

12. On November 26, 2024, Victim 1 contacted the FBI to report additional contact from Glauthier. Victim 1 reported that she received over 15 calls from Glauthier on November 25, 2024, and Glauthier told Victim 1 that "he is desperate and needs her to stay on the phone while he gets off." Glauthier told Victim 1 that he looks at pictures of her all day, and "if she stays on the while he gets himself off, he will stop calling." Victim 1 reported that she is constantly nervous because of the phone calls she has received from Glauthier,

4

and it is affecting her business. Victim 1 stated that she "cannot be confident with clients because she is nervous."

13. On December 11, 2024, Victim 1 contacted the FBI to report additional contact from Glauthier. Victim 1 reported that she received a phone call from Glauthier on December 10, 2024, and Glauthier told Victim 1 that he has been looking at pictures of her online and from her Facebook account. Glauthier described one of Victim 1's photos from Facebook and described the sexual things he wants to do with her. Victim 1 noted she is worried and concerned because Glauthier is getting more aggressive and explicit in what he tells her.

14. On December 30, 2024 Victim 1 contacted the FBI to report additional recent contact with Glauthier. Victim 1 stated that Glauthier has recently tried to get Victim 1 to engage in what she described as "sexual cooperation" by asking Victim 1 to do sexual acts over the phone. Glauthier told Victim 1 that he will leave Victim 1 alone if she does sexual acts over the phone as directed by Glauthier.

15. Victim 1 said that due to the continued phone calls from Glauthier, she has suffered significant emotional distress, has not been able to work, and has been impacted financially.

16. Victim 1 reported that, as part of her business, she maintains an open source profile to include a photo and her phone number. Victim 1 also told Lincoln PD that in her job, she needs to keep the cell phone number on which Glauthier has been contacting her for business reasons; that she is accessible to persons unknown to her; that she is concerned that her job makes it possible that he can approach her; and that she was worried that Glauthier may harm her.

*Identification of Telephone Numbers and IP Address Used By Glauthier*

17. Victim 1 said that many of the calls from Glauthier were from unknown out-of-state numbers and what appeared to be private or blocked numbers. She provided two phone numbers (xxx-xxx-4037) (4037) and (xxx-xxx-0460) (0460) from which Glauthier had recently called her cell phone and screen shots of her call log showing the frequency of recent calls from 4037 and from private numbers (showing as no caller ID or private

caller) from Glauthier. Legal process identified 4037 and 0460 as phone numbers belonging to the Pinger, Inc. (Pinger) application.[5]

18. Records from Pinger also showed that

   a. Pinger telephone number 4037 was created on August 14, 2024, and that the user was assigned 4037 until September 29, 2024. Subscriber information from Pinger listed Justin Glauthier as the account holder for 4037 with a Gmail address that included Glauthier's name.[6] Pinger records showed that the user of 4037 was actively making phone calls to Victim 1 from this number at least beginning on August 14, 2024 through at least September 23, 2024 (the period that Victim 1 received calls from 4037. The subscriber information from Pinger also showed that the account had been created using IP address 76.217.28.207. The Pinger response also included an Apple Device Advertising ID and two Apple Device Tokens,[7] which, based on my training and experience, indicated that Glauthier used an Apple device when connecting to the Pinger application.

   b. Pinger telephone number 0460 was created on September 20, 2024. Pinger records showed that the user was assigned 0460 from September 20 to October 7, 2024 (the period during which Victim 1 received calls from 0460). Subscriber information from Pinger listed "dhdhfhfhjdjf" as the account holder for 0460 and an email address that included "dhdhfhfhjdjf" within the email address, rather than a person's name. Like Pinger telephone number 4037, 0460 was created from IP address 76.217.28.207.

19. Records from Pinger showed that Glauthier called Victim #1 using 4037 and 0460 15 times from August 2024 to October 2024.

---

[5] Pinger" is a free, voice over internet protocol ("VoIP"), Android and Apple IOS application that allows users to make calls and send text messages throughout the United States. Pinger allows users to sign up for an account and choose a phone number to make phone calls and send text messages with an internet connection or carrier data to any real phone number in the United States. All inbound and outbound phone calls and text messaging in the Pinger application are free.

[6] The full email address is known but has not been listed to comply with local rules relating to privacy protection.

[7] An Apple Push token, also known as a device token, is a unique identifier that allows an app to send push notifications to a specific device. https://www.apple.com/legal/transparency/push-token.html.

20. IP address 76.217.28.207, which was used to create Pinger numbers 0460 and 4037, was identified as an AT&T IP address. AT&T records showed that AT&T Account #xxxxx4512, a residential account, was created in 2008 in the name of Gregory Glauthier,[8] xxxx E Woodsboro Avenue, Anaheim, California 92807, phone number xxx-xxx-0438 (Glauthier AT&T account, #4512). AT&T records showed that IP address 76.217.28.207 was assigned to the Glauthier AT&T account #4512 from July 28, 2023 through August 14, 2024.

21. In approximately late October 2024, Glauthier's California DMV record identified xxxx E Woodsboro Avenue, Anaheim, California 92807, the address of record on Glauthier AT&T account #4512 as his address.

22. A search warrant to Google LLC for the email account that included Glauthier's name, and which was listed on the Pinger account with telephone number 4037, issued in the District of Rhode Island on November 15, 2024 (24-SW-390-PAS). Records provided in response to this search warrant identified the Google subscriber as Justin Glauthier, date of birth xx-xx-1995, phone number xxx-xxx-9777. Login records for Glauthier's Google account identified IP address 76.217.28.207, as the login IP address 56 times from August 2024 through on or about November 15, 2024, the date of the Google response.

23. Log in records for Only Fans, another online account used by Glauthier and for which his name is the listed user, shows a log in from IP address 76.217.28.207 on December 2, 2024.

24. Records from Victim 1's phone carrier showed that for many of the calls from Glauthier that appeared as private or blocked when received by Victim 1, Glauthier used the *67 function[9] to call Victim 1. The records from Victim 1's phone carrier show Glauthier used

---

[8] According to the California Department of Motor Vehicles (CA DMV), the Bureau of Vital Statistics reported Gregory Glauthier as deceased as of a March 7, 2019 CA DMV update.

[9] The *67 function allows a user to enter "*67" as a prefix to an outbound telephone number to temporarily block the recipient from viewing the caller ID for a single phone call. As a result, the recipient's phone will display "No Caller ID," "Private," or "Anonymous" when they receive a telephone call from an individual utilizing *67. Individuals that use the *67 function can prevent the recipient from seeing from whom and from what phone number, they are receiving a phone call.

7

*67 to call Victim 1 approximately 49 times from September 2023 to at least October 2024 from xxx-xxx-9777 (9777), a T-Mobile cell phone number.[10]

25. According to records obtained from T-Mobile, Glauthier is the subscriber for 9777, with an address of xxxx E Woodsboro Avenue, Anaheim, California 92807. According to T-Mobile, the 9777 account was activated on April 17, 2009 and was still active through the February 19, 2025, the date of the most recent subpoena response from T-Mobile.

26. T-Mobile records show that Victim 1 received 49 calls originating from Glauthier's T-Mobile number 9777, using *67, between September 2, 2023 and October 31, 2024; and 118 calls originating from Glauthier's T-Mobile number 9777 between November 14, 2024 and January 31, 2025.

27. According to Victim 1, she received a call from "David" on February 24, 2025. Victim 1 said that Glauthier appeared to accidentally initially identify himself as "Justin" and then state he told Victim 1 "Justin" was his middle name. Victim 1 described Glauthier as sounding anxious after identifying himself as "Justin."

28. According to the US Postal Service, Glauthier was receiving mail at identified xxxx E Woodsboro Avenue, Anaheim, California 92807 as of February 21, 2025.

*Additional Victims of Glauthier Are Identified (Victims 2-9)*

29. Although the investigation is ongoing, additional victims have been identified and interviewed by the FBI and other law enforcement agencies.

30. A review of the telephone numbers called using Pinger telephone numbers (4037 and 0460), Pinger records, and interviews with victims has shown that beginning on an unknown date but not later than in and around August and continuing into January 2025, Glauthier has repeatedly called over 50 persons who appear to be female, some of whom are in the same business as Victim 1 and some of whom live or work in Rhode Island.[11]

---

[10] Despite Glauthier utilizing *67 in attempt to obfuscate his number and identity to Victim 1, toll records provided by T-Mobile showed the full telephone number of Victim 1, as well as additional victims, in outgoing phone numbers that Glauthier dialed with *67 prefixed to the full number.

[11] The additional victims were identified by using the Pinger legal process, reviewing call records from Glauthier's 9777 T-Mobile account, and checking the victims' phone numbers in open-source databases, such as Accurint, to identify the individuals. Additional verification was done by locating the business profiles of the victims by the called phone numbers. As a result of their occupations, the phone numbers

31. On November 20, 2024, the FBI interviewed Victim 2, a Rhode Island resident. According to T-Mobile records, Victim 2 was a recipient of 12 *67 phone calls originating from Glauthier's T-Mobile number 9777 between May 2023 and September 2024. Victim 2 reported to the FBI that she answered two of the 12 phone calls approximately nine and six months ago from an unidentified male who identified himself as "David." Victim 2 said that in both phone calls, Glauthier utilized a masked phone number that displayed "No Caller ID." Since the second phone call approximately six months ago, Victim 2 has received numerous calls from a masked telephone number that she has not answered. During the calls, Glauthier told Victim 2 that "she is beautiful and that he saw her pictures online." In the second phone call that she answered, Glauthier told Victim 2 "he finds her attractive and was masturbating to her photos online." Glauthier told Victim 2 "he was a Professor at Brown University and that he was on his way to Victim 2's residence because Glauthier wanted to meet her."

32. Victim 3, a Massachusetts resident who works in Rhode Island, was interviewed by the FBI on November 15, 2024. Victim 3 began receiving harassing phone calls from an unidentified male caller, self-identified as "David," in approximately late 2020. Glauthier stated he was looking to move from California to Victim 3's location. T-Mobile records for 9777 show that from May 2023 to October 2024, using *67, Glauthier called Victim 3 133 times on her cell phone and that he called a phone number for her Rhode Island workplace 21 times. T-Mobile records also show 3 calls originating from Glauthier's T-Mobile number 9777, using *67, to Victim 3 from November 14, 2024 December 16, 2024. Additionally, Glauthier used Pinger numbers to call Victim 3 a total of 18 times from August to October 2024. In the phone calls that Victim 3 answered, Glauthier would often say he was masturbating, or insinuate he was masturbating, and needed Victim 3 to keep talking. Glauthier's comments included him stating "I love you, I want to be in your vagina," and "you're so beautiful, can I masturbate while I'm on the phone with you?"

33. Victim 3 said that Glauthier also made comments about Victim 3's children, stating "I've seen your children," and referenced images Victim 3 posted on her social media.

---

for most of these persons was publicly available and for many of these persons, their business contact information also included a photograph.

Glauthier said that he knew where Victim 3 worked and would mention her employment in the phone calls with her. Victim 3 provided a recorded phone call with Glauthier from approximately June 2024 in which Glauthier stated he lived in Southern California, was 30 years old, and wanted to move to Victim 3's area. Glauthier stated he was always worried that Victim 3 was upset he was calling her. Victim 3 attempted to screen all unknown calls to voicemail but missed calls from her children's schools and calls pertaining to job applications she submitted. Victim 3 was a in an occupation that required her to answer her phone in order to conduct business. Victim 3 said that Glauthier changed his phone number through Pinger repeatedly as Victim 3 blocked his numbers or stopped answering the phone.

34. Victim 4, a Georgia resident, was interviewed by the FBI in November 2024. Glauthier called Victim 4 twice using *67 from phone number 9777 in October 2024 and at least 5 times from Pinger phone number 0460 between September and October 2024. Glauthier did not give a name when speaking with Victim 4. Glauthier stated to Victim 4 "he found her website and thought she was beautiful." Glauthier offered Victim 4 $20,000 to have sex with him, and later called Victim 4 and said he was in Victim 4's city and wanted to meet up. Victim 4 called a friend to spend the night at her house because she was scared Glauthier would show up in person at her house.

35. Victim 5, a California resident, was interviewed by the FBI in November 2024. T-Mobile records show that Glauthier called Victim 5 144 times using *67 from phone number 9777 between May 2023 and October 2024; the records also show that Glauthier called Victim 5 124 times from T-Mobile number 9777, using *67, between November 14, 2024 and January 31, 2025. Glauthier also called Victim 5 two times from Pinger number 4037 in November 2024, and called her nine times in August 2024 from Pinger number 4037. Victim 5 worked as a server/manager. Victim 5 began receiving the phone calls in November 2024 during which Glauthier identified himself as "David." The conversations quickly turn sexual. Originally, Victim 5 thought Glauthier was joking when he said he wanted to get off while talking to her. Victim 5 eventually realized it wasn't a joke and she stopped answering the calls from Glauthier. Victim 5 yelled at Glauthier in the past, cussed him out, and had her significant other answer the phone when Glauthier called. Glauthier would hang up when she didn't answer or when Victim 5's significant other

10

would answer. Glauthier told Victim 5 they met previously when Victim 5 sent Glauthier a photo, but Victim 5 did not know Glauthier's identity.

36. Victim 6, a Massachusetts resident, was interviewed by the FBI on December 5, 2024. Victim 6 first received a phone call from Glauthier, who identified himself as "David Blair." The conversations quickly turned what Victim 6 described as "nasty" and sexual when Glauthier called. Glauthier told Victim 6 he "is in love with her and wanted to travel" to Victim 6's location "to be with her and marry her." Glauthier told Victim 6 he needed her to help him masturbate. Glauthier called Victim 6 with no caller ID multiple times a day, to include late hours of the night and early hours of the morning. Victim 6 stated she was a single parent and was afraid she will see Glauthier in public and worried about protecting her child if she came across Glauthier. From in or around March 2023 to October 2024, Glauthier called Victim 6 from 9777 50 times utilizing *67. According to T-Mobile records, calls originated from Glauthier 9777, using *67, were made to Victim 6 28 times between November 14, 2024 and January 13, 2025. Additionally, records provided by Pinger showed Glauthier called Victim 6 three times utilizing Pinger number 4037 on August 22, 2024.

37. In December 2024 I obtained a South Milwaukee Police Department report, and the FBI spoke with a South Milwaukee PD Officer. In February of 2024, the South Milwaukee PD Officer spoke with Victim 7, a Wisconsin resident, who received a call from a "No Caller ID" phone number, which through review of phone records, has been identified as Glauthier's T Mobile cell number 9777.[12] Call records for Glauthier's cell phone 9777 show seven calls to Victim 7 using *67, all in February 2024. Glauthier told Victim 7 that "he had been following her and he was watching her right now and wanted to talk with her while he was coming to her." On February 10, 2024, the South Milwaukee PD Officer called Glauthier multiple times and left a voicemail in which he identified himself. Glauthier did not call back. The South Milwaukee PD Officer also spoke with two additional victims (Victims 8 and 9) in the United States, one in Virginia and one in Ohio,

---

[12] The investigating South Milwaukee PD Officer received phone call records from T-Mobile for Victim 7's phone number, which revealed Glauthier placed five phone calls from his 9777 number to Victim 7 on the day of her complaint in February 2024.

11

who received sexually explicit phone calls from Glauthier in which Glauthier stated he was pleasuring himself.

## IV. CONCLUSION

38. Based foregoing, I submit there is probable cause to believe from and unknown date but not later than November 2022 and continuing into February 2025, defendant Justin Glauthier committed the Specified Federal Offenses.

I declare that the foregoing is true and correct.

-------------------------------------------
Special Agent Kyle Olehnik
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by . **Sworn telephonically and signed electronically**
(specify reliable electronic means)

February 27, 2025
Date

Providence, Rhode Island
City and State

Judge's signature

Patricia A. Sullivan, USMJ
Magistrate Judge Patricia A. Sullivan