UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUSTIN GLAUTHIER,<br>Defendant. | Cr. No. 1:25-cr-00025-MSM-PAS<br><br>In violation of<br><br>18 U.S.C. §§ 2261A(2)(A) & (B)<br>(Stalking Through Facilities of<br>Interstate Commerce)<br><br>18 U.S.C. § 875(c) (Interstate Threats) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(18 U.S.C. § 2261A(2)(A) –
Stalking Through Facilities of Interstate Commerce)

Beginning on a date unknown to the Grand Jury, but not later than in or about November 2022, and continuing until on or about February 24, 2025, in the Districts of Rhode Island, the Central District of California and elsewhere, the defendant,

**JUSTIN GLAUTHIER,**

with the intent to injure, harass, intimidate, and cause a person to be in reasonable fear of serious bodily injury, did use an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, including telecommunication services, online applications, and the internet, to engage in a course of conduct that caused, attempted to cause, or would be

reasonably expected to cause a person, Victim 1, to be in reasonable fear of serious bodily injury, in violation of 18 U.S.C. § 2261A(2)(A).

## COUNT TWO

(18 U.S.C. § 2261A(2)(B) –
Stalking Through Facilities of Interstate Commerce)

Beginning on a date unknown to the Grand Jury, but not later than in or about November 2022, and continuing until on or about February 24, 2025, in the Districts of Rhode Island, the Central District of California and elsewhere, the defendant,

**JUSTIN GLAUTHIER**,

with the intent to injure, harass, intimidate, and cause substantial emotional distress, did use an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, including telecommunication services, online applications, and the internet, to engage in a course of conduct that caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to a person, to wit: Victim 1, in violation of 18 U.S.C. § 2261A(2)(B).

## COUNT THREE

(18 U.S.C. § 2261A(2)(B) –
Stalking Through Facilities of Interstate Commerce)

Beginning on a date unknown to the Grand Jury, but not later than in or about May 2024, and continuing until in or about September 2024, in the Districts of Rhode Island, the Central District of California and elsewhere, the defendant,

**JUSTIN GLAUTHIER,**

with the intent to injure, harass, intimidate, and cause substantial emotional distress, did use an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, including telecommunication services, online applications, and the internet, to engage in a course of conduct that caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to a person, to wit: Victim 2, all in violation of 18 U.S.C. § 2261A(2)(B).

## COUNT FOUR

(18 U.S.C. § 2261A(2)(B) –
Stalking Through Facilities of Interstate Commerce)

Beginning on a date unknown to the Grand Jury, but not later than in or about December 2020, and continuing until in or about October 2024, in the Districts of Rhode Island, the Central District of California and elsewhere, the defendant,

**JUSTIN GLAUTHIER**

with the intent to injure, harass, intimidate, and cause substantial emotional distress, did use an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, including telecommunication services, online applications, and the internet, to engage in a course of conduct that caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to a person, to wit: Victim 3, all in violation of 18 U.S.C. § 2261A(2)(B).

## COUNT FIVE

(18 U.S.C. § 875(c) – Interstate Threats)

Beginning on a date unknown to the Grand Jury, but not later than in or about November 2022, and continuing until on or about February 24, 2025, in the Districts of Rhode Island, the Central District of California and elsewhere, the defendant,

**JUSTIN GLAUTHIER**

knowingly and willfully, did transmit in interstate and foreign commerce from California to Rhode Island, communications containing threats to injure the person of another, including threats to engage in unwanted sexual contact with Victim 1 and to otherwise harm Victim 1, all in violation of 18 U.S.C. § 875(c).

A TRUE BILL:

Grand Jury Foreperson

SARA M. BLOOM
Acting United States Attorney

DENISE MARIE BARTON
Assistant U.S. Attorney

LEE H. VILKER
Assistant U.S. Attorney
Criminal Division Chief

Date: 3/26/25

4